

## IN THE
## TENTH COURT OF APPEALS

_____

### No. 10-13-00023-CV

**HANK SCOTT, ANNE SCOTT,**
**AND SAM SCOTT,**

**Appellants**

 **v.**

**JUSTIN SLONE, LYNN PEARCE,**
**BECCY ROWE AND ROBERT ROWE,**

**Appellees**

_____

**From the 220th District Court**
**Hamilton County, Texas**
**Trial Court No. CV07112**

_____

## MEMORANDUM  OPINION

_____

The Clerk of this Court notified Appellants by letter dated July 31, 2013 that the original filing fee of $175.00 and the motion filing fee of $10.00 was due and that unless Appellants paid these filing fees within fourteen days, the appeal would be dismissed without further notification.  More than fourteen days have passed, and Appellants have not paid these filing fees.

This appeal is dismissed. *See* TEX. R. APP. P. 42.3(b, c); 10TH TEX. APP. (WACO) LOC. R. 5(c).

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007); *see also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. § 51.207(b); § 51.941(a) (West 2005); § 51.208 (West Supp. 2011). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court does not eliminate the fees owed by Appellant.


REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed August 22, 2013
[CV06]